UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MELISSA  RILEY,                        )
                                       )
                   Plaintiff,          )
                                       )
          vs.                          )
                                       )        No. 1:13-cv-00536-SEB-MJD
CAROLYN  COLVIN,                       )
                                       )
                   Defendant.          )

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's

Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and

the rules of this Court to file objections; none were filed. The Court, having considered the

Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report

and Recommendation.



Date: _05/09/2014_                          _Sarah Evans Barker_
                                            SARAH EVANS BARKER, JUDGE
                                            United States District Court
                                            Southern District of Indiana


Distribution:

Jonelle L. Redelman
REDELMAN LAW
jonelle@redelmanlaw.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov